## *Figure 1*

[Diagram showing relationships between parties with numbered arrows:

- Hootan Melamed → Marketer Defendants (1)
- Marketer Defendants → Doctor Defendants (2)
- Doctor Defendants → Melamed's E-fax Account (3)
- Melamed's E-fax Account → Pharmacy Defendants (4)
- Pharmacy Defendants → Patients (5)
- Patients → Insurers (6)
- Insurers → Pharmacy Defendants (7)
- Pharmacy Defendants → Louis Taylor; Shahla Melamed; Houshang Melamed (8)
- Louis Taylor; Shahla Melamed; Houshang Melamed → Hootan Melamed (9)]

Legend:
1. Hootan Melamed pays marketers to bribe doctors
2. Marketers pay money to doctors to write directed prescriptions
3. Doctors send prescriptions to Hootan Melamed's E-fax account
4. Hootan Melamed directs prescriptions to pharmacies of his choosing from e-fax
5. Pharmacies create the compound and/or send the product to patients
6. Patients pay insurance premiums
7. Insurers pay the cost of the prescriptions to the Pharmacy at the reimbursement rate
8. Pharmacies pay a kickback to Louis Taylor; Shahla Melamed; and Houshang Melamed and/or his entities for directing prescriptions to them
9. Louis Taylor; Shahla Melamed; and Houshang Melamed hold money and make payments on Hootan Melamed's behalf